LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   11332 Mountain View Ave., Suite C
   Loma Linda, California 92354
   Telephone: (909) 796-4560
   Facsimile:  (909) 796-3402
   E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RANDY DELEON, ) | No.  EDCV 09-0508 JC |
| ) | |
|    Plaintiff, ) | [PROPOSED] ORDER AWARDING EAJA FEES |
| ) | |
|    v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner Of Social Security, ) | |
| ) | |
|    Defendant. ) | |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND DOLLARS and 00/cents ($3,000.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED:   May 4, 2010

                                      _____/s/_____
                                      HON. JACQUELINE CHOOLJIAN
                                      UNITED STATES MAGISTRATE JUDGE